# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aaron L. Washington

Case No. Civil 00-181JRT/JMM

v.

**JUDGMENT IN A CIVIL CASE**

State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's motion to accept petitioner's writ of habeas corpus late is **DENIED**; and petitioner's petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: April 17, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk