**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AARON L. WASHINGTON, Civil No. 00-181 (JRT/JMM)

Petitioner,

v.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

STATE OF MINNESOTA,

Respondent.

---

Aaron L. Washington, #185583, Minnesota Correctional Facility, 970 Picket Street North, Bayport, MN 55003-1490, *pro se*.

Amy J. Klobuchar, Hennepin County Attorney, OFFICE OF HENNEPIN COUNTY ATTORNEY, C-2000 Government Center, 300 South Sixth Street, Minneapolis, MN 55487, for respondent.

Petitioner Aaron L. Washington, a state prisoner, previously filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Order filed April 17, 2000, this Court denied his application. Although petitioner did not request a certificate of appealability ("COA"), he nonetheless filed a notice of appeal. The Eighth Circuit subsequently remanded petitioner's case to this Court for a determination of whether to grant a COA. The Court therefore construes petitioner's appeal as a request for a COA.

A district court may issue a COA only if the applicant has made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518, 523 (8th Cir. 1997). To make such a showing, the issues must be

FILED AUG 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

debatable among reasonable jurists, a court must be able to resolve the issues differently, or the case must deserve further proceedings. *See Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994). Petitioner has failed to make such a showing. The Court dismissed his application on the basis that it was not timely filed. No reasonable jurist could find this issue debatable. Accordingly, the Court declines to grant petitioner a COA.

**ORDER**

Accordingly, based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's request for a certificate of appealability is **DENIED**.

DATED: August 1, 2000
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge